UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| VERONICA LIVIER GUTIERREZ, | ) | No. ED CV 08-770-PLA |
| Petitioner, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) ) | |

In accordance with the Memorandum Decision filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 31, 2010

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE